UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LAZARO JOSE RODRIGUEZ, <br><br> Defendant. | 06 CV 0855 (NRB) <br><br> CONSENT ORDER OF PERMANENT INJUNCTION AND STAY OF PROCEEDINGS  |

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

WHEREAS, on February 3, 2006, Plaintiff, U.S. Commodity Futures Trading Commission ("Commission"), filed a complaint for a permanent injunction and other relief, pursuant to Section 6c of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C. §13a-1 (2002), against Defendant Lazaro Jose Rodriguez ("Defendant");

WHEREAS, on or about February 2, 2006, the Defendant was indicted and is a defendant in the related criminal case, *U.S. v. Lazaro Jose Rodriguez and Frederick Ira Wolfe*, Docket No. 06-20070-CR, (S.D. Fla.);

WHEREAS, on March 9, 2006, this Court entered the Consent Order of Preliminary Injunction and Stay of Proceedings, in which the Defendant consented to a preliminary injunction and stay of proceedings;

WHEREAS, the Defendant has consented to a permanent injunction and stay of proceedings;

**IT IS HEREBY ORDERED** that the Defendant, except as otherwise ordered by this Court, is restrained and permanently enjoined from directly or indirectly:

A. Engaging in conduct in violation of Section 4b(a)(2)(i) and (iii) of the Act (2002), 7 U.S.C. §6b(a)(2)(i) and (iii) (2002);

B. Cheating or defrauding or attempting to cheat or defraud any other person, or deceiving or attempting to deceive any other person by any means whatsoever, in or in connection with any commodity options transaction in violation of Section 4c(b) of the Act, 7 U.S.C. §6c(b) (2002) and Section 33.10(a) and (c) of the Regulations, 17 C.F.R. §33.10(a) and (c) (2005); or engaging in any commodity-related activity, including soliciting customers or customer funds, and trading any commodity account.

**IT IS FURTHER ORDERED** that all litigation of this matter is stayed, including filing of an answer pursuant to Federal Rule of Civil Procedure 8(b) and all other filings, appearances and discovery, until the related criminal matter now pending in the U. S. District Court for the Southern District of Florida, *U.S. v. Rodriguez and Wolfe.*, Docket No. 06 20070 CR, has been resolved by Final Judgment and Order by the District Court. This stay shall not preclude resolution of this matter through settlement.

**IT IS FURTHER ORDERED** that this Consent Order shall remain in full force and effect until further order of this Court, and that this Court retains jurisdiction of this matter for all purposes. Defendant, however, by entering into and agreeing to this Consent Order, has not consented to, or waived his right to contest, subject matter jurisdiction before this Court.

2

02/14/2007 14:14 FAX 3053740564          LAW-OFFICE                              ☒001/001

CONSENTED TO AND APPROVED BY:

                      Plaintiff

                      U.S. Commodity Futures Trading Commission

                      By: _____
                         Linda Y. Peng [LP-2447]
                         Senior Trial Attorney
                         140 Broadway, 19th Floor
                         New York, NY 10005

Counsel for Defendant
Lazaro Jose Rodriguez

_____
Steven B. Amster, Esq.
New World Tower
100 North Biscayne Boulevard
Suite 1100
Miami, FL 33132


SO ORDERED, this _23_ day of _February_____, 2007.

                      _____
                      NAOMI REICE BUCHWALD
                      UNITED STATES DISTRICT JUDGE