UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) ) | **06 CV 0855**<br>**Judge Buchwald** |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **ORDER**<br>**TO LIFT STAY** |
| LAZARO JOSE RODRIGUEZ, | ) ) ) ) | |
| Defendant. | ) ) | |

WHEREAS, on or about February 3, 2007, Plaintiff U.S. Commodity Futures Trading

Commission filed a complaint against Defendant Lazaro Jose Rodriguez for a permanent

injunction and other relief pursuant to Section 6c of the Commodity Exchange Act, as amended

("Act"), 7 U.S.C. §13a-1 (2002);

WHEREAS, on March 9, 2007, this Court entered the *Consent Order of Preliminary*

*Injunction and Stay of Proceedings* ("Stay Order") pending the outcome of the related criminal

case against Defendant Rodriguez in *U.S. v. Rodriguez et al.*, Docket No. 06-20070-CR-Cooke,

(S.D.Fla. Feb. 2, 2006);

WHEREAS, Defendant Rodriguez entered into a plea agreement and is incarcerated in

Florida after being sentenced to a 45-month prison term and payment of $2 million in restitution

in *U.S. v. Rodriguez et al.*, Docket No. 06-20070-CR-Cooke, (S.D.Fla. Feb. 2, 2006),

Returned to chambers for scanning on 7/25/07

Scanned by chambers on 7/30/07

WHEREAS, the Commission has moved before this Court to lift the stay of proceedings pursuant to Stay Order;

WHEREAS, counsel to Defendant Rodriguez has consented to the Commission's motion to lift the stay and agreed to accept service of all the papers in connection therewith on behalf of the Defendant;

**IT IS HEREBY ORDERED** that the stay of proceedings pursuant to the Stay Order is hereby lifted; and

**IT IS FURTHER ORDERED** that the Defendant interpose an answer to the complaint within 20 days of service of this Order, pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this _19th_ day July, 2007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE