UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LAZARO JOSE RODRIGUEZ, <br><br> Defendant. | 06 CV 0855 <br> Judge Buchwald <br><br> Certificate of Service <br> of Application for Entry of Default <br> and Order for Default Judgment |

I, Linda Y. Peng, hereby certify that on this 5th day of December 2007, I caused to be served:

> Application for Entry of Default and Order for Default Judgment;
> Declaration of Linda Y. Peng and the exhibits attached thereto;
> Clerk's Certificate of Default; and
> Order for Entry of Default Judgment

via Federal Express overnight mail upon the Stephen E. Amster, Esq., counsel for Defendant Lazaro Jose Rodriguez, at 100 North Biscayne Boulevard, Suite 1100, Miami, FL 33132.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Dated: 5th day of December, 2007
New York, New York

_/s/ Linda Y. Peng_
Linda Y. Peng